IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 12-03053-01-CR-S-RED |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| BRENT "PETE" TURLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR DETENTION

Comes now the United States of America, by and through its undersigned counsel, and hereby moves this Court to order the detention of BRENT "PETE" TURLEY, and states the following in support of the motion:

1. This motion is being made at the defendant's first appearance before a judicial officer. An indictment has been filed charging the defendant with coercion and enticement in violation of 18 U.S.C. § 2422(b).

2. Title 18, United States Code, Section 3142(f) provides, in pertinent part, that a hearing must be held by the appropriate judicial officer to determine whether any condition or combination of conditions "will reasonably assure the appearance of such person as required and the safety of any other person and the community" if the attorney for the Government moves for such a hearing and the case involves:

> "(E) any felony that is not otherwise a crime of violence that involves... a minor victim... ."

1

3. Title 18, United States Code, Section 3142(e), mandates that, subject to rebuttal, "it shall be presumed that no condition or combination of conditions will reasonably assure the appearance of a person as required and the safety of the community if the judicial officer finds that there is probable cause to believe that the person committed... an offense involving a minor victim under section... 2422."

3. The defendant is charged with enticing two minor females to engage in sexual activity with him. The defendant, by his own admission, committed the crime of statutory sodomy with one of the two victims. That victim fourteen years of age at the time of the crime.

4. The defendant additionally confessed to meeting with a another fourteen year old female and committing the crime of statutory sodomy against her in a movie theater.

5. The United States submits that there is clear and convincing evidence that there are no conditions which the Court could place on the defendant's release which would reasonably assure the defendant's appearance in Court and the safety of the community. See 18 U.S.C. § 3142(g)(1) nature and circumstances of the offense; (2) weight of the evidence; (3)(A) the defendant's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings, and (B) whether the defendant was on probation/parole at the time of the offense; and (4) danger to the community or other persons. Because of this, the United States requests that a Detention Hearing be held and that the defendant be detained. See generally, United States v. Sazenski, 806 F.2d 846, 848 (8th Cir. 1986); United States v. Warren, 787 F.2d 1337, 1338 (8th Cir. 1986).

2

WHEREFORE, based on the foregoing, the United States requests that the Court hold a Detention Hearing in accordance with 18 U.S.C. § 3142(f), and following such hearing, order the detention of the defendant.

Respectfully submitted,

David Ketchmark
Acting United States Attorney

By: **/s/ James J. Kelleher**
James J. Kelleher
Assistant United States Attorney
Mo. Bar Number 51921

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on June 25, 2012, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ James J. Kelleher*
James J. Kelleher
Assistant United States Attorney

3